IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Caccamo, Anthony S

Printed: 6/17/08

Case Number: 07 B 14745
Judge: Wedoff, Eugene R
Filed: 8/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 1, 2008
Confirmed: October 4, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,221.76 |  |
| Secured: |  | 1,528.24 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,519.56 |
| Trustee Fee: |  | 173.96 |
| Other Funds: |  | 0.00 |
| Totals: | 3,221.76 | 3,221.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 3,200.00 | 1,519.56 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 18,264.89 | 1,528.24 |
| 4. | Select Portfolio Servicing | Secured | 8,500.00 | 0.00 |
| 5. | Resurrection Medical | Unsecured | 710.20 | 0.00 |
| 6. | Capital One | Unsecured | 1,116.65 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 2,291.17 | 0.00 |
| 8. | Capital One | Unsecured | 3,294.30 | 0.00 |
| 9. | Fresenius Medical Center | Unsecured |  | No Claim Filed |
| 10. | Diagnostic Imaging Consultants | Unsecured |  | No Claim Filed |
| 11. | Stamps.Com | Unsecured |  | No Claim Filed |
| 12. | Luebke Baker & Associate | Unsecured |  | No Claim Filed |
| 13. | Northwest Cardiovascular | Unsecured |  | No Claim Filed |
| 14. | Northwestern Medical Faculty | Unsecured |  | No Claim Filed |
| 15. | Northwest Kidney Care | Unsecured |  | No Claim Filed |
| 16. | Northwest General Surgeons | Unsecured |  | No Claim Filed |
| 17. | Northwestern Memorial Hospital | Unsecured |  | No Claim Filed |
| 18. | Talcott Anesthesiologists | Unsecured |  | No Claim Filed |
| 19. | RMC | Unsecured |  | No Claim Filed |
|  |  |  | $ 37,377.21 | $ 3,047.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 173.96 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Caccamo, Anthony S | Case Number: 07 B 14745 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/17/08 | Filed: 8/15/07 |

_____
$ 173.96

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

